UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MARJORIE CAPLIN,

                          Plaintiff(s),               **ORDER**
                                                                  CV04-4530 (TCP) (WDW)
    -against-

PATTERSON DENTAL SUPPLY, INC.,

                          Defendant(s).
-------------------------------------------------------------------X
**WALL, Magistrate Judge:**

      Before the court is motion to compel by the defendant, Patterson Dental Supply, electronically filed on August 18, 2005. As of the date of this order, August 25, 2005, no opposition has been entered[1]. The defendant seeks, specifically, an order compelling the plaintiff to provide complete responses to outstanding discovery demands, along with medical authorizations. The plaintiff's motion is granted, both on the merits and as unopposed. All outstanding discovery, along with executed medical authorizations must be produced within one week of the date of this order. Further, the defendant is awarded $200 as reasonable costs, including attorney's fees, pursuant to Federal Rule 37(a)(4)(A), the plaintiff having made no showing of substantial justification for her failure to timely respond to the discovery demands.

Dated:  Central Islip, New York                  **SO ORDERED:**
          August 25, 2005

                                                       /s/ William D. Wall
                                                     WILLIAM D. WALL
                                                     United States Magistrate Judge

---

[1] Pursuant to Local Civil Rule 37.3(c), opposition to letter motions must be submitted within three days of receiving the letter motion.