BEFORE: WILLIAM D. WALL                         DATE: 9/26/05

UNITED STATES MAGISTRATE JUDGE                  TIME: 11:30 AM

DOCKET NO.   CV 04-4530                         ASSIGNED JUDGE: PLATT

CASE NAME: CAPLIN V. PATTERSON DENTAL SUPPLY INC.

                              CIVIL CONFERENCE

Initial _____   Status _____   Settlement _____   Pretrial _____

Other: MOTION HEARING


APPEARANCES:     Plaintiff        Fran Rudich

_____


                 Defendant        Domenique Moran


                                  _____


SCHEDULING:

1.      The next   Pretrial          conference will be held on January 24, 2006 at 2 pm.
        _____


THE FOLLOWING RULINGS WERE MADE: Defendant's September 16, 2005 motion,
pursuant to Rule 37 is DENIED in part and GRANTED in part.  The plaintiff is sanctioned in the
amount of $ 500.00, payable to the defendant's firm no later than September 30, 2005 together
with the previous sanction of $ 200.  The sanction will increase $ 100 each day that it remains
unpaid after September 30, 2005.
        The plaintiff is precluded from offering any evidence regarding her medical
condition as a result of her refusal to provide medical authorizations. Plaintiff's untimely
discovery demands are vacated .


                        SO ORDERED


                         /s/ William D. Wall
                        WILLIAM D. WALL
                        United States Magistrate Judge